IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

ROBERT AVERY                                                                                                PLAINTIFF
ADC #652373

V.                                                  4:21cv1200-JM-JTR

JANICE SUTTON, Sergeant
Wrightsville Unit, ADC, *et al.*                                                                        DEFENDANTS

## ORDER

On April 27, 2022, a partial recommended disposition ("PRD") was submitted by United States Magistrate Judge J. Thomas Ray recommending that Plaintiff Robert Avery be allowed to proceed with his retaliation claim against Defendant Janice Sutton and that the remainder of his claims be dismissed without prejudice. (Doc. 6). After the PRD was submitted, Avery filed a request for leave to amend his complaint (Doc. 9), objections to the PRD (Doc. 10), and an amended complaint (Doc. 11). At this time, the Court adopts the portion of the PRD allowing the retaliation claim against Sutton to proceed and declines to adopt the remainder of the PRD. Avery's request for leave to amend to is referred back to Judge Ray for consideration and recommended disposition.

The Clerk is directed to issue a summons for Sutton, and the United States Marshal is directed to serve the summons and Complaint (Doc. 2), and this Order, on her through the ADC Compliance Division, without prepayment of fees and costs or security.

IT IS SO ORDERED this 28th day of June, 2022.

_____
James M. Moody
United States District Judge