UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT AVERY  PLAINTIFF
ADC #652373

V.  No. 4:21-CV-1200-JM-JTR

JANICE SUTTON, Sergeant,
Wrightsville, *et al.*  DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Avery is allowed to proceed with his retaliation claim against Sutton; all of Avery's other claims are dismissed, without prejudice; and the Clerk of Court is directed to terminate Defendants Blake, Spencer, Moon, Graves and Payne as parties to this action.

Dated this 3rd day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE