UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT AVERY                                                                                               PLAINTIFF
ADC #652373

V.                                        No. 4:21-CV-1200-JM-JTR

JANICE SUTTON,
Sergeant, Wrightsville                                                                              DEFENDANT

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant's Motion for Judgment on the pleadings (Doc. 28) is GRANTED. Avery's retaliation claim is DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted. The Court recommends that the dismissal count as a "strike" for the purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis appeal* from any Order adopting this Recommendation would not be taken in good faith. Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of September 2023.

_____
UNITED STATES DISTRICT JUDGE