UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

Robert Avery                                                                                    PLAINTIFF
ADC #652373

V.                            No. 4:21-CV-1200-JM-JTR

Janice Sutton,
Sergeant, Wrightsville                                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of September 2023.

_____
UNITED STATES DISTRICT JUDGE